E-FILED
Tuesday, 31 March, 2020  11:00:50 AM
Clerk, U.S. District Court, ILCD

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

STAFF USE ONLY

Date: 1/15/19     REQUIRED          PLEASE WRITE LEGIBLY

Name: Dakir Pickens                          Jacket #(on armband) 001074168
      Please print full name                 Cell Location  K3

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

- [ ] Staff Conduct          [✓] Conditions of Confinement       [ ] Medical
- [ ] Dietary               [ ] Other _____
- [ ] Disciplinary Appeal      1 / 15 / 19           ____ / ____ / ____
                              Date of Report              Date of Hearing
- [ ] Grievance Response Appeal. Grievance # _____-_____
     This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** I believe there's a mouse that has
come in my cell a couple time's the reason I think
that is because I hear wrappers and movement at
night I've found some of my soups slightly opened
and I have also have had to throw snack cracker
boxes out that I think have soaked up mouse pee
(urine) I've threw out a decent amount of comisary
because of this and I still have food I dont trust

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

Relief Requested:

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by _____ # 31101     Date 1-15-20

Grievance # 2020 . 80
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 1/30/20  REQUIRED          PLEASE WRITE LEGIBLY

Name: Dakir Pickens          Jacket #(on armband) 001074168
Please print full name                          Cell Location K-2

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)
- [ ] Staff Conduct
- [x] Conditions of Confinement
- [ ] Medical
- [ ] Dietary
- [ ] Other _____
- [ ] Disciplinary Appeal _____/_____/_____        _____/_____/_____
                          Date of Report              Date of Hearing
- [ ] Grievance Response Appeal. Grievance # _____-_____
     This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** 730 ILCS 125/15 Say's " the Jail shall
Furnish each Prisoner daily with as much clean
water as may be necessary for drinking and personal
cleanliness, and serve him/her three times a day
food well cooked in sufficient quantity,". Officer
Memohan (#39) has dinied us water because "we
were being disrespectful" I know we're in Jail
but no one should be denied water.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** _____

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by _____ 33902 _____        Date 1-30-20

Grievance # 2020  82
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 1/30/20  REQUIRED          **PLEASE WRITE LEGIBLY**

Name: Dakir pickens
Please print full name

Jacket #(on armband)  001074164
Cell Location  K-2

If someone helped you complete this form please provide their name:

**Nature of Grievance** (only one category per grievance)

☐ Staff Conduct          ☑ Conditions of Confinement          ☐ Medical

☐ Dietary                ☐ Other _____

☐ Disciplinary Appeal    _____/_____/_____          _____/_____/_____
                         Date of Report              Date of Hearing

☐ Grievance Response Appeal. Grievance # _____-_____
This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** Maintenance turned off water
in the dayroom forcing us to use water in our
cells. Deputy roberts would not let me in my cell
because he was "teaching me a lesson for lying"
later that day at around 7:50 Sargent Tone's would
not let us get water out of our rooms at all
I asked how can he deny us water he said because
we were being disrespectful I know were in jail
we dont want any special previledge's Just a
necessity WAter !!!!

**Relief Requested:**

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by _Sgt._____ 36400  Date 01-30-20

Grievance # _____-_____
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 3-9-20    REQUIRED          **PLEASE WRITE LEGIBLY**

Name: ___Dakir pickens___    Jacket #(on armband) __DO1074168__
      Please print full name                     Cell Location __K-2__

If someone helped you complete this form please provide their name: _____

---

**Nature of Grievance** (only one category per grievance)

☐ Staff Conduct          ☑ Conditions of Confinement      ☐ Medical

☐ Dietary                ☐ Other _____

☐ Disciplinary Appeal    _____/_____/_____          _____/_____/_____
                          Date of Report                Date of Hearing

☐ Grievance Response Appeal. Grievance # _____-_____
   This number can be found on the upper right hand corner of the original grievance response

---

**Brief Summary of Grievance:** Im greiving that the system of indirect security used on the K-block unit of the downtown Jail in coherence with staffs lockdown schedule ultmately deprives inmates of sleep. When I had conversation with correctional officers like Mr. wakefeild (308) I was told that its a matter of classifacation which makes me feel like its a punishment for the crime you are charged with.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** Be allowed more time to sleep.

---

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by _____    Date _____

Grievance # _____-_____
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 3-9-20   REQUIRED          PLEASE WRITE LEGIBLY

Name: Dakir Pickens                    Jacket #(on armband) 0010-74168
Please print full name                 Cell Location K-2

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)
- [ ] Staff Conduct          [✓] Conditions of Confinement      [ ] Medical
- [ ] Dietary                [ ] Other _____

- [ ] Disciplinary Appeal    _____/_____/_____          _____/_____/_____
                             Date of Report                Date of Hearing
- [ ] Grievance Response Appeal. Grievance # _____-_____
  This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** ILCS 125/18 State's "The warden
Shall keep and maintain the Jail in a clean
and helpful condition" which is not the
case on the K-block housing unit of the
downtown Jail where lime (caustic white oxide of
calcium) is crusted on every water spout
which the water runs off of because it
doesn't run properly.

_____
_____
_____
_____
_____
_____
_____
_____
_____

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** Sinks Cleaned and fixed to
proper use.
_____
_____
_____
_____

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**

Received by _____   Date _____

Grievance # _____ - _____

STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: __3 - 9 - 20__ REQUIRED         **PLEASE WRITE LEGIBLY**

Name: ___Dakir Pickens___ Jacket #(on armband) ___001074164___
     Please print full name                    Cell Location __K - 2__

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

☐ Staff Conduct          ☑ Conditions of Confinement          ☐ Medical

☐ Dietary               ☐ Other _____

☐ Disciplinary Appeal    _____/_____/_____        _____/_____/_____
                              Date of Report                Date of Hearing

☐ Grievance Response Appeal. Grievance # _____-_____
   This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** It is to my knowledge that the 93th block housing units are under the same direct security procedure that the k-block housing unit of the downtown rail is under yet on k-block our door's are closed. When asking officer's I'm told that it's because of class, action if our case's if this is the case that mean we are being punished for charges we have not been found guilty of, this violates my 8th admend ment right not to be supject to cruel and unlawual punishments.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** To be treated the same as inmate on 9th block.

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by _____ Will      3064      Date 3-10-20

Grievance # _____-_____
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 3-9-20  REQUIRED          **PLEASE WRITE LEGIBLY**

Name: __Dakir Pickens__          Jacket #(on armband) __001074168__
Please print full name          Cell Location __K-2__

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

[ ] Staff Conduct          [✓] Conditions of Confinement          [ ] Medical

[ ] Dietary          [ ] Other _____

[ ] Disciplinary Appeal          _____/_____/_____          _____/_____/_____
                                   Date of Report                Date of Hearing

[ ] Grievance Response Appeal. Grievance # _____-_____
This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** The ventilation system in the
cell Im assigned to is rusted and Im afraid
that it could start to effect me from a
health stand point. Air supply in my room is
very poor.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** A Maintenance check up on the
ventilation system.

_____

_____

_____

_____

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**

Received by _____          Date 3-9-20

Grievance # _____-_____

STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 3-9-20 REQUIRED          PLEASE WRITE LEGIBLY

Name: Dakir Pickens _____ Jacket #(on armband) OOIC741b8
  Please print full name                           Cell Location K-2

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

☐ Staff Conduct          ☑ Conditions of Confinement          ☐ Medical

☐ Dietary               ☐ Other _____

☐ Disciplinary Appeal      _____/_____/_____          _____/_____/_____
                            Date of Report                    Date of Hearing

☐ Grievance Response Appeal. Grievance # _____-_____
  This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** Theres a cockroach problem
in the cell I'm assigned to and on the
bed I'm housed at I'm usually woken
out of my sleep by bugs crawling on to
my bed .

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** A proactive pest control .

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by _____   Date _____

Grievance # _____

STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 3-9-20  REQUIRED          PLEASE WRITE LEGIBLY

Name: Dakin Pickens                    Jacket #(on armband) 00107468
          Please print full name              Cell Location K-2

If someone helped you complete this form please provide their name: _____

Nature of Grievance (only one category per grievance)
☐ Staff Conduct        ☑ Conditions of Confinement    ☐ Medical
☐ Dietary              ☐ Other _____

☐ Disciplinary Appeal     ____/____/____        ____/____/____
                          Date of Report          Date of Hearing

☐ Grievance Response Appeal. Grievance # _____-_____
   This number can be found on the upper right hand corner of the original grievance response

Brief Summary of Grievance: I beleive water in the dayroom of the
K-block unit (downtown jail) is unsafe to drink
it does not spat out water it mearly runs off
of the dirty lime covered nozzle, when it came's
to confinment this is a clear violation of my 8th
admendment stateing for one not to be subject
to crule and unhusial punishments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

Relief Requested:    Sink cleaned properly.
_____
_____
_____
_____
_____
_____

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by _____              Date _____



Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Grievance # _____-_____
STAFF USE ONLY

Date: 3-10-20   REQUIRED          **PLEASE WRITE LEGIBLY**

Name: Dakie Pickens _____   Jacket #(on armband) 001074168
       Please print full name                    Cell Location  K-2

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

☐ Staff Conduct      ☐ Conditions of Confinement     ☐ Medical
☐ Dietary            ☑ Other  Grievance  response
☐ Disciplinary Appeal    ____/____/____        ____/____/____
                          Date of Report          Date of Hearing
☐ Grievance Response Appeal. Grievance # _____-_____
   This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** Im writing a Grievance pertaining to the re-
-sponse to another grievance I sent out in the month
of febuary. The grievance consisted of a incident that
involved (364) Sgt Jones and corporal officer (319) McMhan
and in this grievance I explained how in the month
of febuary the water was disabled leaving our room's the
only place we could recieve water now do to indirect security
procedure the K-block housing unit of the champaign
downtown Jail goes through the door to our assigned cells
were to remain shut until 10:00 pm leaving us without
water from between 5:30 until 10:00 pm. After explaining
the situation pertaining to the water in the dayroom of K-block
to corporal officer (319) McMhan he responded by saying he would
have to report to sargent Jones (364) after (319) reported to
Sgt Jones (364) (I assume explaining the situation) 319 and 364
returned to the window of the K-block unit in which Sgt Jones (364)
told us that doors would not be opened until 10:00
as I pleaded for my door to be opened in a respectful manner
Sgt Jones (364) told me to get away from the window of our
                    PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** a formal response to my original
grievance or at least evidence of an investigato

---

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by _____   Date _____

the K-block unit or else the whole block locked down for the night I didnt want to cause any trouble so I was forced to wait until 10:00 pm. the incident that occured was a clear violation of my 8th amendment Right not to be subject to crule and unusual punishment. Every inmate on the k-block unit was denied water that night.

Grievance # _____-_____
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: __3-10-20__ REQUIRED          **PLEASE WRITE LEGIBLY**

Name: __Dakir Pickens_____ Jacket #(on armband) __0010 74168__
Please print full name                                    Cell Location __K-2__

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

[ ] Staff Conduct          [V] Conditions of Confinement          [ ] Medical

[ ] Dietary                [ ] Other _____

[ ] Disciplinary Appeal    _____/_____/_____          _____/_____/_____
                           Date of Report                Date of Hearing

[ ] Grievance Response Appeal. Grievance # _____-_____
This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** After enduring poor conditions of
the down town county Jail like Roach infestation, Poor
ventilation system, Multiple chemical hazards and incorrect
use of the indirect security procedure. for more than
four months. I've suffered silently assuming that these
problems would be relieved I've even had conversation with
correctional officers and have been told things like
"Suck it up it's Jail" or "its not the hilton" and after
taking all this in I've came to the conclusion that even
though I am in Jail there are still certain conditions
and procedures I have to endure pertaining my human
rights. but even though there are inconsiderate correctional
officers that say things like "Suck it up its Jail" or
"its no the hilton" there are officer's like sheriff
of champaign county, Dustin Heuerman. that agree with
the fact that the conditions of the downtown county
Jail are inhumane and if his word doesn't persuade
you enough I don't know who's will, I've Attached
a article on the back of this grievance to support my claims

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** A proper Audit of the down town Jail.

_____

_____

_____

_____

_____

_____

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**

Received by _____    Date _____

‑9/2020

https://www.news-gazette.com/news/local/politics/champaign-county-board-s-facilities-committee-unanimously-endorses-consolidation-of/article_1d717abd-b948-500b-a432-e392abfb25c2.html

TOP STORY

# Champaign County Board's facilities committee unanimously endorses consolidation of jails

*Tim Mitchell*
*Oct 8, 2019*



The Champaign County jail building and sheriff's office is shown in 2012 in downtown Urbana.

The News-Gazette

**UPDATE: Police make arrest in downtown Champaign bank robbery**

Read Next Story >

URBANA — After an impassioned plea from Sheriff Dustin Heuerman, the Champaign County Board's facilities committee on Monday unanimously endorsed the consolidation of the county's two jails.

The committee also requested that the full county board discuss, evaluate and approve a jail-consolidation plan developed by architectural firm Reifsteck Reid and work with the county's finance committee to identify a way to pay for the proposal.

"We do this through careful and thoughtful analysis of the varied and voluminous deficiencies of the 40-year-old sheriff's office and downtown jail," committee Vice Chairman Steve Summers said.

"To me, there is no choice," committee member Jodi Wolken said. "Doing nothing is not a choice."

Added committee member Jon Rector: "It is not right to kick this down the road for 10 years."

The public safety project would cost an estimated $47,178,772 if built in 2022 — the earliest date under consideration — according to figures presented last month by architect Chuck Reifsteck.

But not taking action will put correctional officers' safety at risk, Heuerman told committee members. His voice cracked as he explained the dire situation at the county jail in downtown Urbana.

"Excuse me if I'm a little emotional, but I really care for my officers," he said. "We have had a correctional officer jumped twice in the last two weeks at the downtown jail. Both times, the person went to the hospital.

"When we talk about safety, not only of the inmates but also of the correctional officers, this is exactly what I am talking about."

Heuerman said he wanted to stress to the people of Champaign County: "We cannot continue to be at the downtown jail."

**UPDATE: Police make arrest in downtown Champaign bank robbery**

**Read Next Story >**

3/9/2020
2:20-cv-02079-JES   # 1-1    Page 15 of 27
Champaign County Board's facilities committee unanimously endorses consolidation of jails | Politics | news-gazette.com

"Inmates are finding parts of vents, and they are picking them out and they can easily use them," Heuerman said. "Luckily, this particular inmate, who was mentally ill, had a conscience and came to the correctional officer to say he picked this out of the dilapidated building. That easily could have been a correctional officer that is dead."

Heuerman said the public can see problems just by walking into the lobby of the sheriff's office, which is above the downtown jail.

"We had people coming in for interviews the other day stomping on cockroaches in the lobby," he said. "People don't need to be in a facility like this. I don't want my guys and gals to die. I don't want an inmate sue us for inhumane or unfair treatment."

County board member Charles Young said he would like to see a public event or rally to inform the general public about the urgent need for changes with the jails.

"We gotta sell this and tell the folks to come out," Young said.

---

Tim Mitchell
Reporter

Tim Mitchell is a reporter at The News-Gazette. His email is tmitchel@news-gazette.com, and you can follow him on Twitter (@mitchell6).

---

**This Week's Circulars**



Hover for Circular



Hover for Circular



Hover for Circular

UPDATE: Police make arrest in downtown
Champaign bank robbery

**Luxury Senior Living Near Urbana Is Actually Affordable. Search For** Read Next Story ›

Grievance # _____ - _____
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 3-11-20 _____ REQUIRED          **PLEASE WRITE LEGIBLY**

Name: Dakir Pickens _____     Jacket #(on armband) 00107416 8
Please print full name                    Cell Location   K-2

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)
- [ ] Staff Conduct        [✓] Conditions of Confinement      [ ] Medical
- [ ] Dietary              [ ] Other _____

- [ ] Disciplinary Appeal      _____/_____/_____        _____/_____/_____
                               Date of Report           Date of Hearing
- [ ] Grievance Response Appeal. Grievance # _____ - _____
      This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** On the K-block housing unit of
the downtown county Jail there is inadequate
lighting in the dayroom and in our cells
in additions to that we are not allowed
to have recreation outside in the outside
recreational area to get any fresh air or sunlight.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** To be able to have outdoor
recreation.

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by [signature] 305 _____     Date 3/11/2020

SEG

Grievance #**2020 - 169**
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 3-11-20    REQUIRED          **PLEASE WRITE LEGIBLY**

Name: Dakir Pickens _____     Jacket #(on armband) 0010 71168
      Please print full name                Cell Location  K-2

If someone helped you complete this form please provide their name: _____

---

**Nature of Grievance** (only one category per grievance)

☐ Staff Conduct        ☑ Conditions of Confinement        ☐ Medical

☐ Dietary              ☐ Other _____

☐ Disciplinary Appeal    _____/_____/_____    _____/_____/_____
                              Date of Report              Date of Hearing

☐ Grievance Response Appeal. Grievance # _____-_____
   This number can be found on the upper right hand corner of the original grievance response

---

**Brief Summary of Grievance:** on the K-block housing unit of the
downtown county jail inmates are confined to a
small pod and are not allowed to go outside
prolonged denial of outdoor exercise and fresh
air could violate the 8th amendment.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** Ability to have outdoor recreation.

---

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**

- Given Copy

Received by _35702_    Date 3/11/20 @ 0059

Grievance # 2020 - 176
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 3-11-20  REQUIRED          **PLEASE WRITE LEGIBLY**

Name: Dakir Pickens                    Jacket #(on armband) 001074168
_____                       Cell Location K-2
Please print full name

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

☐ Staff Conduct        ☑ Conditions of Confinement        ☐ Medical

☐ Dietary              ☐ Other _____

☐ Disciplinary Appeal    ___/___/___              ___/___/___
                         Date of Report            Date of Hearing

☐ Grievance Response Appeal. Grievance # _____ -_____
This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** lights in my Room do not
work properly one does not work at all
and the other one stays on all night
inadequate lighting causes strain on the
eyes, fatigue resulting in a multitude of
problems when k-block housing unit is
mandated to be out of their cells by
10:00 am. Every day I come out of my
assigned cell im tired.

_____
_____
_____
_____
_____
_____
_____
_____

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** For my light to be fixed or
any other remedy you deem fit.
_____
_____
_____
_____

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**

Received by J Buregun Sogr  Date 3/11/20

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Grievance # _____-_____
STAFF USE ONLY

Date: 3-11-20   REQUIRED          **PLEASE WRITE LEGIBLY**

Name: Dakir Pickens          Jacket #(on armband) 001074168
Please print full name          Cell Location K-2

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

[ ] Staff Conduct          [✓] Conditions of Confinement          [ ] Medical

[ ] Dietary          [ ] Other _____

[ ] Disciplinary Appeal          _____/_____/_____          _____/_____/_____
                                 Date of Report                    Date of Hearing

[ ] Grievance Response Appeal. Grievance # _____-_____
This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** On the 11 of March 2020
I asked deputy hibbs (305) to go outside
and was denied outdoor recreation. She
told that it had rained but gave me no evidence
of inclement weather I haven't seen outside
in over two months and note that the prolonged
denial of outdoor recreation is a violation
of my 8th Amendment Right not to be
subject to cruel and unusual punishments.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** not to be denied outdoor recreation
unless there are inclement weather conditions.

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by JBurgener 309a   Date 3/11/20

Grievance # _____-_____
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 3-12-20    REQUIRED          **PLEASE WRITE LEGIBLY**

Name: Dakir Pickens                        Jacket #(on armband) 001074168
_____Please print full name_____           Cell Location  K-2

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

☐ Staff Conduct          ☒ Conditions of Confinement          ☐ Medical

☐ Dietary                ☐ Other _____

☐ Disciplinary Appeal      _____/_____/_____        _____/_____/_____
                              Date of Report                Date of Hearing

☐ Grievance Response Appeal. Grievance # _____-_____
This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** I'm writing a grievance because
it is to my knowledge the Champaign county
downtown Jail does not have a 24 hour
medical care or mental health crisis response
team this is a major problem for me as
a mental health patient.

_____

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** for 24 hour medical care and
mental health crisis response team.

_____

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**

Received by _____ 37w3        Date 3-12-20

Grievance # _____ - _____
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 3-12-20  REQUIRED         PLEASE WRITE LEGIBLY

Name: Dakir Poston _____ Jacket #(on armband) 001074105
       Please print full name                    Cell Location  K-2

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

[✓] Staff Conduct          [ ] Conditions of Confinement      [ ] Medical

[ ] Dietary               [ ] Other _____

[ ] Disciplinary Appeal    _____/_____/_____          _____/_____/_____
                              Date of Report                 Date of Hearing
[ ] Grievance Response Appeal. Grievance # _____-_____
    This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** I was told by officer Burgener (390?)
that I couldn't recieve a indigant pack unless
my balance was zero dollars and zero cents
this rule or procedure is not fair in my case when
my balance is seven cents and is not enough
for any item on cccc's commissary list.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** Any Relief you deem C.t

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by: SL 37603     Date 3-12-20

Grievance # 2020-211
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 3-17-20 REQUIRED        **PLEASE WRITE LEGIBLY**

Name: Dakir Pickens                    Jacket #(on armband) 001074168
       Please print full name          Cell Location K-2

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)
- [✓] Staff Conduct
- [✓] Conditions of Confinement
- [✓] Medical
- [ ] Dietary
- [ ] Other _____
- [ ] Disciplinary Appeal _____/_____/_____        _____/_____/_____
                          Date of Report                 Date of Hearing
- [ ] Grievance Response Appeal. Grievance # _____-_____
      This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** On the date of 3-16-20 Jail
Staff gave me an extra pill with my
medication during med pass this mistake
made me nacious and gave me headaches
from now on can medical pesonnel only
give me my medication to avoid mistakes.

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:**

DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY

Received by _____ 3190          Date 3-17-20

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
# INITIAL RESPONSE TO INMATE GRIEVANCE/APPEAL

**Response to grievance number:** | 2020 ----- 211 |

Date and time Inmate Grievance / Appeal From was received by the Corrections Supervisor or Program Coordinator: 3/18/2020

Lieutenant/Sergeant or Program Coordinator's response to grievance/appeal: (If the initial response is to be given by the Health Care Authority, document their response.)

---

Dakir Pickens # 1074168, I have received your grievance dated 2020-03/17, logged in as 2020-211. In your grievance you state that on 03-16-2020 you were given an extra pill during medication pass. Mr. Pickens it is the responsibility of the patients to inspect the medication prior to consuming and question the situation at that current time. Bringing light to the subject the day after consuming the medication does not provide an opportunity for your question to be examined in regards to what medications you are currently receiving. You also state that you had experienced some adverse side effects that same evening.  Looking through notes of Correctional Staff the evening of that date, it does not appear to be documented anywhere that you had informed any staff member of your complaints so that medical could follow up with you once on site in the morning.

In your grievance you request that only medical staff administer medications to you. This is not a request that can be implemented at this time.

Any new medical concerns, please submit a medical sick call slip.

Any further medical concerns, please submit a medical sick call slip.

_Brenda Spaulding RN_
Signature

_3-18-20_
Date

____Brenda Spaulding, RN_____
Printed Name

_Clinical Coordinator_
Title

**Date of response Wednesday, March 18, 2020**
**You may appeal this decision directly to the Jail Superintendent by completing an Inmate Grievance / Appeal Form within 5 days of receiving this response. Please reference the grievance number listed on the top of this response.**

Grievance # 2020 - 201
STAFF USE ONLY

Champaign County Sheriff's Office Corrections Division
Inmate Grievance / Appeal Form

Date: 3-16-20   REQUIRED          **PLEASE WRITE LEGIBLY**

Name: Dakir Pickens
Please print full name

Jacket #(on armband)  001074168
Cell Location  K-2

If someone helped you complete this form please provide their name: _____

**Nature of Grievance** (only one category per grievance)

[✓] Staff Conduct          [ ] Conditions of Confinement     [ ] Medical

[ ] Dietary               [ ] Other _____

[ ] Disciplinary Appeal    _____/_____/_____        _____/_____/_____
                              Date of Report              Date of Hearing

[ ] Grievance Response Appeal. Grievance # _____-_____
This number can be found on the upper right hand corner of the original grievance response

**Brief Summary of Grievance:** Im writing a grievance regarding
recieving a indigent legal envelope. Ive explained
to staff that you can't fold legal mail but my
legal needs are still disregarded Im also noting
that denieing an inmate meaningful access to
court violates my constitutional right to
access court

PLEASE USE THE BACK OF THIS FORM IF MORE SPACE IS NEEDED

**Relief Requested:** be provided a indigent legal
envelope

**DO NOT WRITE BELOW THIS LINE - CORRECTIONAL STAFF USE ONLY**

Received by _____ 3304   Date 3/16/2020

# CHAMPAIGN COUNTY CORRECTIONAL CENTER
# INITIAL RESPONSE TO INMATE GRIEVANCE/APPEAL

**Response to grievance number:**  | 2020  ----- 201 |

Date and time Inmate Grievance / Appeal From was received by the Corrections Supervisor or Program Coordinator: **3/17/2020**

Lieutenant/Sergeant or Program Coordinator's response to grievance/appeal: (If the initial response is to be given by the Health Care Authority, document their response.)

Dakir Pickens, # 1074168, your grievance dated March 16, 2020, and logged as 2020-201, was received March 17, 2020. In this document, you grieve about receiving an indigent legal envelope, that you can't fold legal mail and that your legal needs are disregarded. In addition, you note that denial of meaningful access to court violates your constitutional right.

The jail provides one legal indigent packet, per week, to indigent inmates, at their written request. All requests must be submitted on yellow Resident Request Forms. The legal indigent packet consists of six sheets of blank paper, three white envelopes and one golf pencil. The jail mails legal mail on behalf of indigent inmates, at the jail's expense. The jail does not provide manila envelopes to anyone. Manila envelopes are available for purchase on Commissary.

As you have regularly had money in your account and have purchased commissary items as recently as 3/11/20, you are not considered an indigent inmate. Should you become indigent, you may receive an indigent legal packet, as previously described. A manila envelope will not be issued to you.

Grievance Closed.

X _____

C. Blodgett
Program Coordinator

**Date of response Tuesday, March 17, 2020**
**You may appeal this decision directly to the Jail Superintendent by completing an Inmate**
**Grievance / Appeal Form within 5 days of receiving this response. Please reference the grievance**
**number listed on the top of this response.**

. Defendant Diane marlin can be served at The address of Urbana, LL. 61801.

· Defendant Dustin Heurman can be served at the address of .204 E main st urbana, IL. 61801.

· Defendant Lt. Ryan snyder can be served at the adress of. 204 E main st urbana, IL. 61801.

· Defendant Lt. Robert cravens can be served at the adress of 204 E main st urbana IL. 61801.

· Defendant Diane wallace can be served at the address of 204 E main st, urbana IL. 61801.

· Decendant celeste Bledgett can served at the address of 204 E main st. urbana IL. 61801.

· Defendant Brenda spaulding can be served at the address of 204 E main st, urbana IL 61801.

· Defendant captain k. voges (368) can be served at the address of 204 E main st, urbana, 61801.

Defendant Sgt. J. Jones (364) can be served at the address of 204 E main st. urbana IL, 61801

Defendant ofc. J. Bergner (309) can be served at the address of 204 E main st. urbana, IL 61801.

Defendant Ofc. Pettinger (324) can be served at the address of 204 E main st. urbana, IL 61801.

Defendant City of urbana can be served at the address of urbana IL, 61801.