Dakin
204 e main st.
Urbana, IL
61802

CHAMPAIGN COUNTY JAIL

Clerk of The Court
201 South Vine st.
Urbana, IL
61802



E-FILED
Tuesday, March 2020
Clerk, U.S. District Court, ILCD